
Judge Lasnik

FILED ___ ENTERED
LODGED ___ RECEIVED

DEC 0 5 2000 MR

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

DEC ? 2000

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

　　v.

JAMES HOUSTON ANDERSON,
JAMES MICHAEL CULLITON,
KIM STAFFORD POWELL, and
CHESTER COLBRET RASBERRY,

　　　　　Defendants.

Nº CR00–482L

ORDER SETTING MOTIONS SCHEDULE
AND TRIAL DATE

Trial having been set for December 18, 2000, in this matter;

The parties having met in an effort to reach agreement on a motions schedule and trial date in this matter, and having agreed that, in light of the size and complexity of this case, April 23, 2001, is a trial date that is agreeable to all parties;

Counsel for each of the defendants having represented that each defendant has filed or will shortly file a waiver of his rights under the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq.;

The Court having met with the parties and heard preferences from all counsel on the scheduling of motions; and

The Court being fully advised in the premises,

NOW, THEREFORE:

The Court finds that, given the size and complexity of the case and the defendants need to prepare adequately for trial, the ends of justice served by continuing the trial date to April 23, 2001, outweigh the best interest of the public and the defendants in a speedy trial.

3/

ORDER ON SCHEDULING/ANDERSON ET AL.—1

ORIGINAL

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1  IT IS HEREBY ORDERED that trial in this matter shall commence no later than April 23,
2  2001.
3  IT IS FURTHER ORDERED that the period between December 18, 2000, and April 23, 2001,
4  be and hereby is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) in computing the time within
5  which the trial of this matter must commence.
6  IT IS FURTHER ORDERED that defendants shall file all motions, if any, relating to
7  discovery; bill of particulars; change of venue; severance motions under Fed. R. Crim. P. 8; any
8  other severance motions as may be available to be determined as a matter of law, without
9  extensive reference to the record; and any privilege issues arising out of defendant Culliton's
10 status as an attorney who represented one or more of the co-defendants, no later than January 16,
11 2001, with the Government's response to be filed no later than February 15, 2001, and the
12 defendants' replies, if any, to be filed no later than February 21, 2001.
13 IT IS FURTHER ORDERED that defendants shall file all other substantive motions, if any, no
14 later than February 28, 2001, with the Government's response to be filed no later than March 21,
15 2001, and the defendants' replies, if any, to be filed no later than March 28, 2001.
16 DATED this 7<sup>t</sup> day of December, 2000.

ROBERT S. LASNIK
United States District Judge

Presented By:

THOMAS C. WALES
Assistant United States Attorney

ROBERT H. WESTINGHOUSE
Assistant United States Attorney

DAVID ALLEN
Counsel for Defendant Anderson

DAVID B. BUKEY
Counsel for Defendant Culliton

ROBERT G. CHADWELL
Counsel for Defendant Rasberry

MARGARET SMITH
Counsel for Defendant Powell

ORDER ON SCHEDULING/ANDERSON ET AL.—2