# UNITED STATES DISTRICT COURT
## Western District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>AIR, INC. | JUDGMENT IN A CRIMINAL CASE<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: CR00-482L<br>Robert G. Chadwell<br>Defendant's Attorney |

FILED / ENTERED
LODGED / RECEIVED

JAN 30 2001

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

**THE DEFENDANT:**

__XX__ pleaded guilty to __a 1 count Information__

____ pleaded nolo contendere to count(s) _____ which was accepted by the court.

____ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 49 U.S.C. § 46316(a) | Violating a regulation prescribed by the Administrator of the FAA | June 1996 | 1 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

____ The defendant has been found not guilty on count(s) _____

__XX__ Counts __1-9 of the Indictment as to Chester C. Rasberry and James M. Culliton__ are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Tax Identification No.: 33-0618134

Defendant's Date of Birth: n/a

Defendant's USM No.: n/a

Defendant's Business Address:
19378 Central Road
Apple Valley, California 92307

Defendant's Mailing Address:
Same

_/s/ Thomas C. Wales_
THOMAS C. WALES
Assistant United States Attorney

January 25, 2001
Date of Imposition of Sentence

_/s/ Lasnik_
Signature of Judicial Officer

THE HONORABLE ROBERT S. LASNIK
United States District Judge
Name & Title of Judicial Officer

1/25/01
Date

39

Defendant:      AIR, INC.
Case Number:   CR00-482L

Judgment--Page  2  of  3

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Page 3.

|        | Assessment | Fine        | Restitution |
|--------|------------|-------------|-------------|
| TOTALS: | $ 25.00    | $ 10,000.00 | $ 0.00      |

____ If applicable, restitution amount ordered pursuant to plea agreement.....   $ _____

### FINE

____ **The Court finds that the defendant is financially unable and is unlikely to become able to pay a fine and, accordingly, the imposition of a fine is waived.**

The above fine includes costs of incarceration and/or supervision in the amount of $ _____

### RESTITUTION

____ The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case will be entered after such determination.

____ The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---------------|----------------------|-------------------------------|----------------------------------------|
|               | $                    | $                             |                                        |
| Totals:       | $ _____    | $ _____             |                                        |

## INTEREST ON FINES AND RESTITUTION

The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

____ The court has determined that the defendant does not have the ability to pay interest on any fine and/or restitution, and it is ordered that:
  ____ The interest requirement is waived.
  ____ The interest requirement is modified as follows:

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Defendant: AIR, INC.  
Case Number: CR00-482L

Judgment--Page __3__ of __3__

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A __XX__  in full immediately; or

B  ____  $ _____ immediately, balance due (in accordance with C, D, or E); or

C  ____  not later than _____; or

D  ____  in installments to commence ____ day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E  ____  in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ ____ over a period of ____ year(s) to commence ____ day(s) after the date of this judgment.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

__XX__  MAKE CHECK(S) FOR ALL CRIMINAL MONETARY PENALTIES, INCLUDING SPECIAL ASSESSMENTS, FINES, AND RESTITUTION, PAYABLE TO:

United States District Court Clerk, Western District of Washington. For restitution payments, the Court is to forward money received to: (See Page 5 for name and address of party receiving restitution).

____  The defendant shall pay the cost of prosecution.

____  The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made as directed by the court, the probation officer, or the United States Attorney.